THOMAS SANFORD *versus* NATHAN DURFEE.

IN assumpsit for money had and received, brought by the *Oct. 27th.* purchaser of personal property sold on execution, against one who claimed the same property by virtue of an assignment from the debtor, the sale was held to be valid, although no return was made on the execution, and it was not returned to the clerk's office, at the return term, nor until after the commencement of this action.

*Warren* and *Ford*, for the defendant, cited *Howe* v. *Starkweather*, 17 Mass. R. 240 ; *Ingersoll* v. *Sawyer*, 2 Pick. 276 ; *Prescott* v. *Pettee*, 3 Pick. 334 ; *Welch* v. *Joy*, 13 Pick. 477.

*Coffin*, for the plaintiff, cited *Emerson* v. *Towle*, 5 Greenleaf, 197.